UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK-ROCK HIGGINS,

Appellant,

-against-

CELSIUS NETWORK LLC,

Appellee.

Case No. 1:26-cv-06221 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of Appellant's Verified Motion for Determination of Pending In Forma Pauperis Application, Verification of Notice and Service, and Extension of Time to File Appellant's Opening Brief. Dkt. 6. Specifically, Appellant requests the Court: "[1] determine the status of Appellant's application to proceed *in forma pauperis*; [2] if necessary, enter an order resolving that application; [3] clarify, based on the Court's records, whether and when notices concerning the case assignment, record availability, and briefing deadline were transmitted; [4] consider Appellant's declaration concerning non-receipt of notice and the circumstances of the missed deadline; [5] find good cause or excusable neglect under Federal Rule of Bankruptcy Procedure 8018(a)(4), based on the exact October 19, 2026 deadline, Appellant's October 31, 2026 discovery of that deadline, the 13-calendar-day delay as of November 1, 2026, Appellant's diligence, the absence of identified prejudice, and Appellees' stated position; [6] grant an extension under Federal Rule of Bankruptcy Procedure 8018(a)(4), and, if applicable, Rule 9006(b)(1), permitting Appellant to file and serve his opening brief by December 1, 2026, or within 30 calendar days after entry of the order; [7] stay or defer any dismissal based solely on the missed briefing deadline while this Motion is pending, to the extent

the Court deems appropriate; and [8] grant such other relief as the Court deems just and proper." Dkt. 6 at 9. Appellant's motion is GRANTED in part and DENIED in part.

With respect to Appellant's *in forma pauperis* application, the Court will issue a separate order resolving that application. The Court GRANTS Appellant's request for an extension to file and serve his opening brief. Appellant shall file and serve his opening brief by **December 10, 2026**. All other requests are DENIED at this time.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 6.

Dated: November 10, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge